**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| TRIPLE E FARMS OF INDIANA, LLC on behalf of itself and all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 1:14-cv-02014-TWP-MJD |
| vs. | )<br>) |
| SYNGENTA SEEDS, INC.,<br>SYNGENTA CORPORATION,<br>SYNGENTA CROP PROTECTION, LLC, | )<br>)<br>)<br>) |
| Defendants. | ) |

## **ENTRY ON JURISDICTION**

It has come to the Court's attention that Plaintiff's Complaint fails to allege all of the facts necessary to determine whether this Court has subject matter jurisdiction over this case. The Complaint alleges that this Court has jurisdiction based upon diversity of citizenship. However, the Complaint fails to sufficiently allege the citizenship of the Plaintiff and the citizenship of Defendant Syngenta Crop Protection, LLC. Citizenship is the operative consideration for jurisdictional purposes. *See Meyerson v. Harrah's East Chicago Casino*, 299 F.3d 616, 617 (7th Cir. 2002) ("residence and citizenship are not synonyms and it is the latter that matters for purposes of the diversity jurisdiction").

"For diversity jurisdiction purposes, the citizenship of an LLC is the citizenship of each of its members." *Thomas v. Guardsmark, LLC*, 487 F.3d 531, 534 (7th Cir. 2007). "Consequently, an LLC's jurisdictional statement must identify the citizenship of each of its members as of the date the complaint or notice of removal was filed, and, if those members have members, the citizenship of those members as well." *Id.*

The Complaint alleges that Plaintiff Triple E Farms of Indiana, LLC "is a citizen of Indiana because each of its members is a citizen of only Indiana," but the Complaint fails to specifically identify any of the members of the Plaintiff ([Filing No. 1 at 4](Filing No. 1 at 4)). Similarly, the Complaint fails to allege the names and citizenship of the members of Defendant Syngenta Crop Protection, LLC ([Filing No. 1 at 5](Filing No. 1 at 5)).

Therefore, the Plaintiff is **ORDERED** to file a Supplemental Jurisdictional Statement that establishes the Court's jurisdiction over this case. This statement should specifically identify each of the members of the Plaintiff and their citizenship as well as the names and citizenship of each of the members of Defendant Syngenta Crop Protection, LLC. This jurisdictional statement is due **14 days** from the date of this Entry.

**SO ORDERED.**

Date: 12/16/2014

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Scott D. Gilchrist
COHEN & MALAD LLP
sgilchrist@cohenandmalad.com